HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
SALVADOR DOMINGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-PO-00401-DB |
|---|---|---|
| Plaintiff, | ) | REQUEST FOR RULE 43 WAIVER (TELEPHONIC APPEARANCE) FOR ARRAIGNMENT; ORDER THEREON |
| vs. | ) | |
| SALVADOR DOMINGUEZ, | ) | Judge: Hon. Deborah Barnes |
| Defendant. | ) | |

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant, SALVADOR DOMINGUEZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his arraignment, and that he be allowed to appear telephonically. Mr. Dominguez agrees that his interest shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Dominguez were personally present, and requests that this Court allow his attorney to represent his interests at all times. This Court has the discretion under Rule 43(b)(2) to allow Mr. Dominguez to appear by telephone or to be absent from the proceedings.

Waiver of Appearance                    -1-

Mr. Dominguez is charged with one count of impersonating a peace officer in violation of California Penal Code (CPC) §538d(a) and one count of possessing a loaded firearm in a vehicle in violation of CPC §25850(a).

Mr. Dominguez currently resides in Texas and does not possess the funds that would be necessary for him to purchase a flight and hotel room in order to be present for the arraignment. Additionally, defense counsel has spoken with Mr. Dominguez over the phone and would be able to recognize his voice. Given this, this Court should exercise its discretion under Rule 43.

Accordingly, Mr. Dominguez respectfully requests the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via telephone. Counsel will provide the telephone number to the courtroom deputy in advance of the hearing.

Dated: 03/17/2017

/s/ Salvador Dominguez
(Defendant)
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: 03/17/2017

/s/ Linda C. Allison
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: March 20, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Waiver of Appearance                -2-